UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PALLE BOGNEAS,<br><br>Petitioner,<br>v.<br><br>CHARLES E. SAMUELS, JR., et al.,<br><br>Respondents. | Case No. 3:16-cv-00314-MMD-VPC<br><br>ORDER |

Petitioner has submitted a purported *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1-1). The petition is not on the court-required form, and petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 3-1.

Moreover, while petitioner attaches a 1998 complaint against him for federal tax evasion, he sets forth no discernible factual allegations cognizable in federal habeas and no discernible, plausible factual allegations that would state a claim for which relief may be granted in any event. Petitioner's submissions are delusional and frivolous. The present action, therefore, will be dismissed. Reasonable jurists would not find the Court's conclusions to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that this action is dismissed as improperly commenced and frivolous.

It is further ordered that a certificate of appealability is denied.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 13th day of October.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2