AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

PALLE BOGNEAS,

      Petitioner,        JUDGMENT IN A CIVIL CASE
  V.

      CASE NUMBER: **3:16-cv-00314-MMD-VPC**

CHARLES E. SAMUELS, JR., et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed as improperly commenced and frivolous. It is further ordered that a certificate of appealability is denied.

  October 13, 2016                           **LANCE S. WILSON**
                                                              Clerk

                                                               /s/ D. R. Morgan
                                                                 Deputy Clerk